**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COLLEEN KING,

                Plaintiff,

-against-

WILLAIM KEYSER, Superintendent'
EDWARD BURNETT, Deputy Superintendent'
JIMI DEWITT, Family Reunion Coordinator;
BRISA POWELL, Correction Officer; JEFF
MCKOY, Deputy Commissioner; and ALICIA
SMITH-ROBERTS, Ministerial, Family, and
Volunteer Service Director,

                Defendants.
-----------------------------------------------------------X

18 CIVIL 11301 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2020, the motion to dismiss is granted; accordingly, this case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:** New York, New York
          January 14, 2020

                                      **RUBY J. KRAJICK**
                                        Clerk of Court
                        BY:

                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/14/2020